```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                         SOUTHERN DIVISION
```

ETHEL EVANS,                        :

    Plaintiff,                  :

vs.                                 :
                                                  CIVIL ACTION 05-0097-M

JO ANNE B. BARNHART,                :
Commissioner of
Social Security,                    :

    Defendant.                  :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Jo Anne B. Barnhart and against Plaintiff Ethel Evans.

DONE this 23rd day of September, 2005.

                                          s/BERT W. MILLING, JR.
                                          UNITED STATES MAGISTRATE JUDGE